# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D19-0831

—————————————————

DAVID S. MONTGOMERY,

Appellant,

v.

REBECCA L. MONTGOMERY,

Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Hugh A. Carithers, Judge.

May 17, 2019

PER CURIAM.

DISMISSED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

—————————————————

Michael L. Duncan of Duncan Trial & Family Law, Jacksonville, for Appellant.

Jennifer A. Dickens, Jacksonville, for Appellee.